UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BROTHER'S MINI MARKET INC. et al., :
:
                    Plaintiffs, :      23-CV-10646 (JMF)
:
          -v- :         ORDER
:
UNITED STATES DEPARTMENT OF :
AGRICULTURE, FOOD AND NUTRITION SERVICE, :
:
                    Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 13, 2023, Plaintiff filed an emergency motion for a temporary restraining order. In light of that motion, it is hereby ORDERED that all parties appear for a conference with the Court on **December 18, 2023** at **3:00 p.m.**

      The conference will be held remotely by telephone in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      Defendant may (but is not required to) file a letter in response to Plaintiffs' emergency motion by **December 18, 2023** at **noon**.

      Finally, Plaintiffs shall serve a copy of this Order on Defendant and file proof of such service by **December 15, 2023**.[1]

      SO ORDERED.

Dated: December 14, 2023
       New York, New York

                                                   _____
                                                    JESSE M. FURMAN
                                                    United States District Judge

---

[1] Given the time sensitivities, the Court intends to separately send a copy of this Order to the United States Attorney's Office via e-mail.