UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BROTHER'S MINI MARKET INC. et al., :
:
Plaintiffs, :
: 23-CV-10646 (JMF)
-v- :
: ORDER
:
UNITED STATES DEPARTMENT OF :
AGRICULTURE, FOOD AND NUTRITION SERVICE, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiffs' application for a temporary restraining order, ECF No. 5, is DENIED.

- Unless and until the Court orders otherwise (based on a proposal by the parties to tee up summary judgment practice or otherwise):

    o Defendant shall file an opposition to Plaintiffs' motion for a preliminary injunction and/or any motion to dismiss (supported by a single, consolidated memorandum of law) by **January 4, 2024**;

    o Plaintiffs shall file a reply in support of their motion for a preliminary injunction and/or an opposition to Defendant's motion to dismiss (supported by a single, consolidated memorandum of law) by **January 16, 2024**; and

    o Defendant shall file any reply in support of any motion to dismiss by **January 22, 2024**.

SO ORDERED.

Dated: December 18, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge