UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BROTHER'S MINI MARKET INC. et al.,         :
:
Plaintiffs,     :
:   23-CV-10646 (JMF)
-v-                                        :
:   ORDER
UNITED STATES DEPARTMENT OF                :
AGRICULTURE, FOOD AND NUTRITION            :
SERVICE,                                   :
:
Defendant.     :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's February 20, 2024 Order, ECF No. 21, Plaintiffs were required to file any opposition to Defendant's motion to dismiss by March 20, 2024. To date, Plaintiffs have not filed any opposition. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 25, 2024**. If Plaintiffs do not file any opposition by that date, the Court will deem Defendant's motion unopposed and/or will dismiss the case for failure to prosecute.

    SO ORDERED.

Dated: March 21, 2024
       New York, New York
                                             JESSE M. FURMAN
                                          United States District Judge