UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROTHER'S MINI MARKET, INC. and
FARES AL GABBARI,

                Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

                Defendant.

No. 23 Civ. 10646 (JMF)

---

      WHEREAS, on April 23, 2024, the Defendant filed a Stipulation of Voluntary Dismissal in this matter, ECF No. 26;

      WHEREAS, Defendant filed the Stipulation of Voluntary Dismissal in error, as it pertains to an unrelated matter;

      WHEREAS, there is no agreement between the parties that the above-captioned matter should be dismissed;

      IT IS HEREBY ORDERED that the Stipulation of Voluntary Dismissal (Docket Entry No. 26) be stricken from the record.

Dated:  New York, New York
        April 25, 2024

The Clerk is directed to strike ECF No. 26.

                                                JESSE M. FURMAN
                                                United States District Judge