**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
BROTHER'S MINI MARKET INC. et al.,

                      Plaintiffs,

    -against-                                                23 **CIVIL** 10646 (JMF)

                                                             **<u>JUDGMENT</u>**

UNITED STATES DEPARTMENT OF
AGRICULTURE, FOOD AND NUTRITION
SERVICE,

                      Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2024, the Government's motion to dismiss is GRANTED and leave to amend is denied; accordingly, the case is closed.

**Dated:** New York, New York

     June 3, 2024

                                                                 **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                           **BY:**

                                                                    **Deputy Clerk**